UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBIN STEPHEN FRITZ IV,

    Plaintiff,

v.

GRANGE INSURANCE COMPANY OF MICHIGAN, et al.,

    Defendants,

and

GRANGE INSURANCE COMPANY OF MICHIGAN,

    Third-Party Plaintiff,

v.

ALBIN STEPHEN FRITZ IV, et al.,

    Third-Party Defendants.
                                          /

Case No. 2:14-cv-14609

HON. STEPHEN J. MURPHY, III

## **STIPULATED ORDER DISMISSING CERTAIN CLAIMS**

    Pursuant to stipulation, it is ordered that Third-Party Plaintiff Grange Insurance Company of Michigan's claims against Third-Party Defendant Susan Lynn Pross and Third-Party Defendant Mobile Medical Response are dismissed with prejudice and without costs and attorney's fees to any party.

    **SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: June 4, 2018

Agreed as to Substance:

| | |
|---|---|
| ROLFES HENRY CO., L.P.A. | ABBOTT NICHOLSON, P.C. |
| By: /s/Jason P. Walker<br>Jason P. Walker (P76839)<br>Attorneys for Defendant/Counter-<br>Plaintiff/Third Party Plaintiff, Grange<br>Insurance Company of Michigan | By: /s/Heidi E. Warren<br>Heidi E. Warren (P69714)<br>Attorneys for Third Party<br>Defendant, Advanced Diagnostic<br>Imaging, P.C. |
| PLUNKETT & COONEY | YOCKEY, YOCKEY & KLARR, PLC |
| By: /s/Brian T. McGorisk<br>Brian T. McGorisk (P44353)<br>Attorneys for Third Party Defendants,<br>Mobile Medical Response, Inc. | By: /s/Kurt D. Yockey<br>Kurt D. Yockey (P32473)<br>Attorneys for Third Party<br>Defendants, St. Mary's of<br>Michigan – Standish, St. Mary's of<br>Michigan – Saginaw, and St.<br>Joseph Health System - Tawas |
| SMITH MARTIN POWERS & KNIER, PC | SMITH MARTIN POWERS & KNIER, P.C. |
| By: /s/Jonathan C. Martin<br>Jonathan C. Martin (P37926)<br>Attorneys for Third Party Defendant,<br>HealthSource Saginaw, Inc. | By: /s/Alan R. Sullivan<br>Alan R. Sullivan (P41613)<br>Attorneys for Third Party<br>Defendant, John Tolfree Hospital |
| JAMES L. SZAFRAN, ESQ. | LIPTON LAW |
| By: /s/James L. Szafran<br>James L. Szafran (P35651)<br>Attorneys for Third Party Defendant,<br>Sharon Fritz Haynes (now dismissed) | By: /s/Sean M. McNally<br>Sean M. McNally (P77563)<br>Attorneys for Plaintiff/Counter-<br>Defendant, Albin Stephen Fritz IV |