UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBIN STEPHEN FRITZ IV,

        Plaintiff,

v.

GRANGE INSURANCE
COMPANY OF MICHIGAN,

        Defendant.

_____/

Case No. 2:14-cv-14609

HON. STEPHEN J. MURPHY, III

**STIPULATED
ORDER OF DISMISSAL OF
THIRD-PARTY DEFENDANTS
ST. MARY'S OF MICHIGAN – STANDISH,
ST. MARY'S OF MICHIGAN – SAGINAW, AND
<u>ST. JOSEPH HEALTH SYSTEM – TAWAS, ONLY</u>**

    This matter having come before this Honorable Court by stipulation of the parties, and the Court being otherwise fully advised in the premises;

    **WHEREFORE**, it is hereby **ORDERED** that the above entitled matter is dismissed with prejudice and without costs as to Third-Party Defendants, St. Mary's of Michigan – Standish (Standish Community Hospital, Inc.); St. Mary's of Michigan – Saginaw (St. Mary's of

Michigan); and St. Joseph Health System – Tawas, (St. Joseph Health System) and any related entities only.

**THIS IS NOT A FINAL ORDER AND DOES NOT DISMISS THE CASE IN ITS ENTIRETY.**

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 4, 2019

Approved as to form:

*/s/ Jason P. Walker*

_____
JASON P. WALKER (P76839)
Attorney for Defendant/Counter-Plaintiff/
Third-Party Plaintiff, Grange Insurance

*/s/ Kurt D. Yockey*

_____
KURT D. YOCKEY (P32473)
Attorney for Third-Party Defendants,
St. Mary's of Michigan – Standish,
St. Mary's of Michigan – Saginaw, and
St. Joseph Health System – Tawas

*/s/ Jonathan C. Martin*

_____
JONATHAN C. MARTIN (P37926)
Attorney for Third-Party Defendant,
Healthsource Saginaw, Inc.

*/s/ Alan R. Sullivan*

_____
ALAN R. SULLIVAN (P41613)
Attorney for Third-Party Defendant
John Tolfree Hospital