UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALBIN STEPHEN FRITZ IV,

      Plaintiff/Counter-Defendant,      CA No. 2:14-cv-14609-SJM-MKM

v.

GRANGE INSURANCE COMPANY
OF MICHIGAN,

      Defendant/Counter-Plaintiff/Third-
      Party Plaintiff,

v.

ADVANCED DIAGNOSTIC IMAGING, PC,
LEELIN HOME HEALTH CARE, INC.,
MOBILE MEDICAL RESPONSE, INC.,
P.A.L. INVESTMENT GROUP, INC.,
SAGINAW COOPERATIVE
HOSPITALS, INC., STANDISH COMMUNITY
HOSPITAL, INC., SYMPHONY DIAGNOSTIC
SERVICES NO. 1, INC., TDS PHARMACY, INC.,
ST. MARY'S OF MICHIGAN, JOHN TOLFREE
HOSPITAL, ST. JOSEPH HEALTH SYSTEM,
SAGINAW COOPERATIVE HOSPITALS, INC.,
HEALTHSOURCE SAGINAW, INC., OGEMAW
COUNTY EMS AUTHORITY, IOSCO COUNTY EMS,
SUSAN LYNN PROSS, JESSIE ANN WADE,
SHARON (FRITZ) HAYNES,

      Third-Party Defendants,

and

HEALTHSOURCE SAGINAW, INC.,

      Third-Party Defendant and

1

Counter-Plaintiff,

v.

GRANGE INSURANCE COMPANY
OF MICHIGAN,

     Third-Party Plaintiff and
     Counter-Defendant.

_____/

## STIPULATED ORDER DISMISSING OF THIRD-PARTY DEFENDANT AND COUNTER-PLAINTFF, HEALTHSOURCE SAGINAW, INC., AND THIRD-PARTY DEFENDANT, JOHN TOLFREE HOSPITAL

This matter having come before this Honorable Court by stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled matter is dismissed with prejudice and without costs as to Third-Party Plaintiff/Counter-Defendant, Grange Insurance Company of Michigan, Third-Party Defendant and Counter-Plaintiff, Healthsource Saginaw, Inc., and Third-Party Defendant, John Tolfree Hospital.

**THIS A FINAL ORDER WHICH RESOLVES ALL CLAIMS BETWEEN ALL REMAINING PARTIES AND DISMISSES THE CASE IN ITS ENTIRETY.**

**SO ORDERED.**

                                   s/ Stephen J. Murphy, III
                                   STEPHEN J. MURPHY, III
                                   United States District Judge

Dated: March 18, 2019

2

Approved as to form:

   */s/ Jason P. Walker*
_____
JASON P. WALKER (P76839)
Attorney for Defendant/Counter-Plaintiff/
Third-Party Plaintiff, Grange Insurance


   */s/ Jonathan C. Martin – with consent*
_____
JONATHAN C. MARTIN (P37926)
Attorney for Third-Party Defendant and
Counter-Plaintiff, Healthsource Saginaw, Inc.


   */s/ Alan R. Sullivan – with consent*
_____
ALAN R. SULLIVAN (P41613)
Attorney for Third-Party Defendant,
John Tolfree Hospital

3